UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL SWEITZER, et al,

       Plaintiffs,                                   Case No. 1:09-cv-469

v.                                                 Hon. Gordon J. Quist

PINNACLE AIRLINES, INC., et al,

       Defendants.
_____/

**ORDER GRANTING DEFENDANTS' AMENDED MOTION
TO COMPEL DISCOVERY AND AMEND THE CASE MANAGEMENT ORDER**

Pending before the court is Defendants' Amended Motion to Compel Discovery and Amend the Case Management Order (docket no.42). For the reasons more fully discussed on the record at the hearing held this date, the motion is **GRANTED**, as follows**:** Plaintiffs shall furnish signed medical releases to defendant not later than **October 19, 2009**. The remaining discovery requests at issue have been satisfied.

Further, the Case Management Order is modified as follows:

The disclosure of experts pursuant to Rule 26(a)(2)(A) shall be completed: plaintiffs by **November 10, 2009**; defendants by **December 10, 2009.**

The disclosure of expert reports pursuant to 26(a)(2)(B) shall be completed by **December 31, 2009.**

Independent medical examinations shall be completed by **November 30, 2009**.

The deadline for completion of discovery is **January 15, 2010**.

Alternative dispute resolution shall take place on or before **January 15, 2010.**

In all other respects, the Case Management Order remains unchanged.

**IT IS SO ORDERED**.


Dated:  October 16, 2009	/s/ Hugh W. Brenneman, Jr.
	HUGH W. BRENNEMAN, JR.
	United States Magistrate Judge